In the Matter of BARKER CENTRAL SCHOOL DISTRICT et al., Respondents, v NIAGARA COUNTY INDUSTRIAL DEVELOPMENT AGENCY et al., Appellants, et al., Respondents.

In the Matter of TOWN OF SOMERSET et al., Respondents, v NIAGARA COUNTY INDUSTRIAL DEVELOPMENT AGENCY et al., Appellants. (And Another Proceeding).

Submitted August 17, 2009; decided September 17, 2009

Reported below, 62 AD3d 1239.

Motion by New York State Economic Development Council for leave to file a brief amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed, and for leave to file a brief amicus curiae on the appeal herein granted, three copies of the brief to be served and an original and 24 copies filed within 30 days.

Judge READ taking no part.